THOMAS I. TEMPLE
The Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Phone: (907) 452-4454
Fax: (907) 452-3988
office@satterberg.net

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS C. PALMER, and, <br> MARY ANN LARSEN PALMER, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) Case No. _____ <br> ) <br> ) <br> ) <br> ) **COMPLAINT** <br> ) <br> ) <br> ) <br> ) <br> ) |

COME NOW Plaintiffs Thomas Palmer and Mary Ann Larsen Palmer, by and through their counsel, The Law Offices of William R. Satterberg, Jr., and hereby complain against the Defendant as follows:

I.

Plaintiff Thomas Palmer, an individual, resides in Fairbanks, State of Alaska. Mary Ann Larsen Palmer is Thomas Palmer's wife, who also resides in Fairbanks, Alaska.

II.

Defendant, United States of America, maintains and controls the U.S. Air Force base at Eielson AFB, Alaska, and is a proper Defendant to this action because the actions complained of herein involved the United States of America.

III.

The court has jurisdiction over this action under the Federal Tort Claims Act 28 USC § 2671 et. seq. Plaintiffs have complied with all conditions precedent to maintaining this action.

IV.

Venue is proper in Fairbanks, Alaska.

V.

Plaintiffs have submitted this claim to the Defendant in compliance with preaction notice requirements under the Federal Tort Claims Act 28 USC § 2671 et. seq.

VI.

On October 16, 2007, Defendant was in possession and control of a 2005 blue Chevrolet Silverado 1-ton flatbed vehicle. Defendant was required to exercise reasonable care to maintain the vehicle in a safe operating condition for use on private and public roadways, and also to entrust the operation of its vehicle only to persons who were in a lawful condition to drive according to the laws in effect at the time and place of operation.

VII.

On October 16, 2007, Defendant's employee, Jason L. Fox, was operating Defendant's vehicle within the scope and furtherance of his employment with Defendant at ½ Mile Richardson Highway, at or near Fairbanks, Alaska, traveling northbound, while carrying a passenger, Rolando D. Condry, also an employee of Defendant. Richardson Highway is a four-lane, divided highway at ½ Mile Richardson Highway.

VIII.

On October 16, 2007, Plaintiff Thomas Palmer was operating his vehicle at ½ Mile Richardson Highway, at or near Fairbanks, Alaska, traveling southbound.

IX.

Jason L. Fox, with negligence and in reckless disregard of the safety of other, while speeding and swerving, drove the Defendant's vehicle out of Jason Fox's lane of travel and, striking the median barrier support of the overpass exit from the Mitchell Expressway to the Richardson Highway, went through the median dividing the northbound and southbound lanes of the Richardson Highway, and struck the front of Thomas Palmer's vehicle.

X.

Under respondeat superior, Defendant is responsible for Jason Fox's negligence, negligence per se, and reckless driving.

XI.

As a direct and proximate result of Jason Fox's negligence, negligence per se, and reckless driving, Plaintiff Thomas Palmer suffered serious personal injury, emotional distress, pain and suffering, loss of enjoyment in life, inconvenience, medical costs, loss of earnings, and loss of consortium in an amount in excess of $99,000.00, to be proven at the trial of this cause.

XII.

As a direct and proximate result of Jason Fox's negligence, negligence per se, and reckless driving, Plaintiff Mary Ann Larsen Palmer sufferance loss of consortium in an amount in excess of $50,000, to be proven at the trial of this cause.

Palmer et al. v. Unites States of America
Complaint/Page No. 3

WHEREFORE, Plaintiffs respectfully request the court grant judgment in favor of Plaintiffs for damages in an amount in excess of $99,000.00, to be proven more specifically at the trial of this cause, plus Plaintiffs' reasonable costs, interest and attorney's fees occasioned hereby, and any such other relief as the court may deem just and equitable in the premises.

RESPECTFULLY SUBMITTED this 2nd day of December, 2008.

/s/ Thomas I. Temple
THOMAS I. TEMPLE
The Law Offices of William R. Satterberg, Jr.
709 Fourth Avenue
Fairbanks, AK 99701
Phone: (907) 452-3988
Fax: (907) 452-3988
office@satterberg.net

:js

Palmer et al. v. Unites States of America
Complaint/Page No. 4